E-FILED; Frederick Circuit Court
Docket: 11/21/2025 4:03 PM; Submission: 11/21/2025 4:03 PM
Envelope: 23946882

| | | |
|---|---|---|
| MARY WISNESKY | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| vs. | * | FOR |
| COSTCO WHOLESALE CORPORATION | * | FREDERICK COUNTY |
| | * | Case No.: C-10-CV-25-000859 |
| Defendant | | |

* * * * * * * * * * * * *

**ANSWER TO COMPLAINT**

Defendant, Costco Wholesale Corporation ("Defendant"), by and through its undersigned attorneys, Andrew T. Stephenson, Marnie E. Davenport and Franklin & Prokopik, P.C., and pursuant to Rule 2-323, submits its Answer to the Complaint filed by Plaintiff, Mary Wisnesky, and states as follows:

**GENERAL DENIAL OF LIABILITY**

1. Pursuant to Rule 2-323(d), Defendant generally denies liability as to each and every count contained in the Complaint.

2. Defendant did not commit the wrongs as alleged.

3. Defendant was not indebted as alleged.

4. Plaintiff's claims were not proximately caused by the Defendant.

5. Plaintiff did not sustain the injuries as alleged.

6. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

7. Defendant specifically denies that it breached any duty or obligation to Plaintiff.

**AFFIRMATIVE DEFENSES**

8. Plaintiff's claims are barred by contributory negligence.

9. Plaintiff's claims are barred by assumption of the risk.

EXHIBIT
8

10. The condition was open and obvious.

11. Plaintiff failed to mitigate her alleged damages, if any.

12. Plaintiff's injuries, losses, and/or damages, if any, were or may have been the result of acts or omissions of other third parties over whom this Defendant had no control or right of control.

13. Plaintiff did not sustain damages as alleged.

14. Defendant reserves the right to raise any additional affirmative or negative defenses. Defendant reserves the right to amend or supplement this Answer and its affirmative defenses, and/or to assert additional defenses up and through the trial of this matter.

WHEREFORE, having fully answered the Plaintiff's Complaint, Defendant respectfully requests that the same be dismissed with prejudice, that judgment be rendered in favor of Defendant, that Defendant be released from this action and that appropriate costs and attorney's fees be awarded to Defendant, and that this Court award such other and further relief as the Court deems appropriate.

Respectfully submitted,

Marni Davenport

Andrew T. Stephenson, Esq. (0006210412)
Marni E. Davenport, Esq. (1712140196)
FRANKLIN & PROKOPIK, P.C.
The B & O Building
Two North Charles Street, Suite 600
Baltimore, MD 21201
Tel: 410-230-3604
Fax: 410-752-6868
astephenson@fandpnet.com
mdavenport@fandpnet.com
*Attorneys for Defendant Costco Wholesale Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of November 2025 a copy of the foregoing Answer to the Complaint was served through MDEC and/or via email upon:

Meghan E. Young, Esq.
Gordon Feinblatt LLC
1001 Fleet Street, Suite 525
Baltimore, MD 21202
myoung@gfrlaw.com
*Attorneys for Plaintiff*



Marni E. Davenport, Esq.