| | | |
|---|---|---|
| MARY WISNESKY<br>808 Ivy Way, Apt 3A<br>Frederick, MD 21701 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | OF MARYLAND |
| v. | * | FOR |
| COSTCO WHOLESALE CORP.<br>999 Lake Drive<br>Issaquah, WA 98027 | * | FREDERICK COUNTY |
| | * | |
| SERVE ON:<br>The Corporation Trust, Inc, .Resident Agent<br>2405 York Road, Suite 201<br>Lutherville Timonium, MD 21093-2264 | *<br>* | |
| | * | CASE NO.: C-10-CV-25-000859 |
| Defendant | * | |

* * * * * * * * * * * * *

## STATEMENT OF PARTICULARS

1.  On or about February 16, 2024, Plaintiff was an invitee of Defendant Costco Wholesale Corporation, located at 10 Monocacy Boulevard, Frederick, MD 21704 (the "Premises").

2.  Plaintiff was traversing in an aisle located near the produce.

3.  While exercising due care and caution, Plaintiff attempted to traverse down an aisle, and was caused to slip and fall on smashed blueberries which had been allowed and permitted to remain untreated on the floor of the aisle by Defendant.

4.  Plaintiff in no way caused or contributed to the incident in question.

5.  Defendant had a duty to maintain and inspect the area where the incident occurred, including the aisle; and had a further duty to ensure that the Premises were safe for all patrons, such as Plaintiff, and to use reasonable care so as to not cause injury to persons.

8736624.1 57064/144517 04/06/2021
GFRDOCS\64556\158289\12076805.v1-10/14/25

EXHIBIT 2

6. Defendant knew or should have known of the existence of the aforementioned dangerous and unsafe condition, but failed to remedy same, or warn patrons, such as Plaintiff, of an existing danger.

7. Defendant, by and through its various agents, servants, and/or employees, was negligent by: (a) allowing the aisle to remain covered with a foreign substance, constituting a dangerous condition; (b) failing to properly remedy the dangerous condition; (c) failing to give notice to Plaintiff of the dangerous condition on its Premises; (d) failing to take precautions to prevent Plaintiff from slipping and falling on the aforementioned dangerous condition; (e) failing to properly detect and inspect the aisles of the store for any dangerous and/or defective condition; and (f) in other respects, was careless, reckless, and/or negligent.

8. As a direct and proximate result of the negligence on the part of Defendant, Plaintiff suffered severe and possibly permanent physical injuries, medical expenses, property damage, loss of income, pain and suffering, psychological harm, and other damages.

9. Plaintiff further avers that all of her injuries, losses, and damages, past, present, and perspective are due solely to the negligence of Defendant, without any negligence or want of due care on the part of Plaintiff, directly or indirectly thereunto contributing.

WHEREFORE, Plaintiff Mary Wisnesky hereby sues Defendant Costco Wholesale Corporation, and claims damages in excess of Seventy-Five Thousand Dollars ($75,000.00).

/s/ Meghan E. Young /s/
Meghan E. Young, #011806
Client Protection Fund ID: 1406170316
Gordon Feinblatt LLC
1001 Fleet Street, Suite 525
Baltimore, Maryland 21202
Tele: (410) 576-4078
myoung@gfrlaw.com

*Attorneys for Plaintiff*

2

IN THE CIRCUIT COURT FOR __Frederick County__
(City/County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).
*Defendant:* You must file an Information Report as required by Rule 2-323(h).
***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT   **CASE NUMBER** __C-10-CV-25-000859__ (Clerk to insert)
**CASE NAME:** __Mary Wisnesky__ vs. __Costco Wholesale Corporation__
              Plaintiff                                               Defendant
**PARTY'S NAME:** __Mary Wisnesky__  **PHONE:** _____
**PARTY'S ADDRESS:** __808 Ivy Way, Apt. 3A, Frederick, MD  21701__
**PARTY'S E-MAIL:** _____

**If represented by an attorney:**
**PARTY'S ATTORNEY'S NAME:** __Meghan E. Young__  **PHONE:** __410-576-4078__
**PARTY'S ATTORNEY'S ADDRESS:** __1001 Fleet Street, Suite 700, Baltimore, MD  21202__
**PARTY'S ATTORNEY'S E-MAIL:** __myoung@gfrlaw.com__
**JURY DEMAND?** ☒ Yes ☐ No
**RELATED CASE PENDING?** ☐ Yes ☐ No If yes, Case #(s), if known: _____
**ANTICIPATED LENGTH OF TRIAL?:** ____ hours __2__ days

### PLEADING TYPE

**New Case:** ☒ Original ☐ Administrative Appeal ☐ Appeal
**Existing Case:** ☐ Post-Judgment ☐ Amendment
*If filing in an existing case,* skip Case Category/ Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of Youngest Plt:_____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☒ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
   ☐ Commercial
   ☐ Residential
   ☐ Currency or Vehicle
   ☐ Deed of Trust
   ☐ Land Installments
   ☐ Lien
   ☐ Mortgage
   ☐ Right of Redemption
   ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |||||
|---|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment ||
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property ||
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property ||
| ☐ Arbitration | ☐ Financial Exploitation | ☐ Liability | ☐ Specific Performance ||
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis ||
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution ||
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property ||
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages ||
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus ||
| ☐ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus ||
| ☐ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession ||
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | ||

*If you indicated **Liability** above,* mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.    ☐ Liability is not conceded, but is not seriously in dispute.    ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) ||||
|---|---|---|---|
| ☐ Under $10,000 | ☐ $10,000 - $30,000 | ☐ $30,000 - $100,000 | ☐ Over $100,000 |
| ☐ Medical Bills $ _____ | ☐ Wage Loss $ _____ | ☐ Property Damages $ _____ ||

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION ||
|---|---|
| Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply) ||
| A. Mediation    ☐ Yes  ☐ No | C. Settlement Conference    ☐ Yes  ☐ No |
| B. Arbitration    ☐ Yes  ☐ No | D. Neutral Evaluation    ☐ Yes  ☐ No |

| SPECIAL REQUIREMENTS |
|---|
| ☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041** |
| ☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049** |

| ESTIMATED LENGTH OF TRIAL |
|---|
| *With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.* |
| *(Case will be tracked accordingly)* |
| ☐ 1/2 day of trial or less           ☐ 3 days of trial time |
| ☐ 1 day of trial time                ☐ More than 3 days of trial time |
| ☒ 2 days of trial time |

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|
| *For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.* |
| ☐ **Expedited** - Trial within 7 months of Defendant's response        ☐ **Standard** - Trial within 18 months of Defendant's response |
| EMERGENCY RELIEF REQUESTED |

CC-DCM-002 (Rev. 12/2022)                Page 2 of 3

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) ||
|---|---|
| *FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.* ||
| ☐ **Expedited** - Trial within 7 months of Defendant's response | ☐ **Standard** - Trial within 18 months of Defendant's response |

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

| CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE) ||
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

| CIRCUIT COURT FOR BALTIMORE COUNTY ||
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

10/14/2025
Date

1001 Fleet Street, Suite 700
Address

Baltimore    MD    21202
City        State    Zip Code

/s/ Meghan E. Young /s/    1406170316
Signature of Attorney / Party    Attorney Number

Meghan E. Young
Printed Name

CC-DCM-002 (Rev. 12/2022)    Page 3 of 3